People v Blanding (2024 NY Slip Op 05032)

People v Blanding

2024 NY Slip Op 05032

Decided on October 10, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 10, 2024

Before: Kern, J.P., Oing, Kennedy, Higgitt, Michael, JJ. 

Ind. No. 5085/15 Appeal No. 2780 Case No. 2018-571 

[*1]The People of the State of New York, Respondent,
v
Clyde Blanding, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Steven R. Berko of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Conor E. Byrnes of counsel), for respondent.

Judgment, Supreme Court, New York County (Bonnie Wittner, J.), rendered February 17, 2017, as amended May 16, 2017, convicting defendant, after a jury trial, of sexual abuse in the first degree (two counts), and sentencing him to an aggregate term of seven years, unanimously affirmed.
The court providently exercised its discretion in denying defendant's challenge for cause to a prospective juror whose responses, viewed as a whole, demonstrated that even if she had a predisposition to credit the victim's testimony based on her own background knowledge, she unequivocally assured the court that she would put it aside and rely only on the evidence adduced at trial (see People v Warrington, 28 NY3d 1116, 1120 [2016]; People v Arnold, 96 NY2d 358, 362 [2001]). Defendant's claim that the court should have made a further inquiry is unpreserved, and we decline to review it in the interest of justice. As an alternative holding, we reject it on the merits. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 10, 2024